# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00039 |
| ) | JUDGE SHARP |
| FRANCISCO AREVALO-LOPEZ ) | |

## O R D E R

The Court being advised by Counsel for Defendant that no plea will be entered, the plea hearing scheduled for March 12, 2013, is hereby CANCELLED.

The previously set trial date for April 23, 2013, and other deadlines shall remain in full force and effect.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE